# EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>**Hansen Law Firm, P.C.**<br>**75 E Santa Clara St Ste 1250**<br>**San Jose, CA 95113**<br>ATTORNEY FOR **Plaintiff** | (408) 715-7980 | |

| | | |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |

| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a<br>Delaware corporation, et al. | | |
|---|---|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:21-cv-09152-SK |
|---|---|---|---|

| **Proof of Service** | Ref. No. or File No:<br>Temujin/Chen |
|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action, and I served copies of the:

   **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

2. Party Served: **Nathan McCarty - Nathan McCarty (Gender: M Age: 35 Height: 6'1" Weight: 180 Race: White Hair: Dark Blonde Other: )**

3. Address: **660 Hugging Bear Dr,  Lexington, KY 40509**

   On: **2/7/2022**               At: **05:55 PM**

4. I served the Party named in item 2, by personal delivery

Person attempting service:

   a. Name: **Angela Caldwell** - Registration:  - County: **0**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was: **819.50**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**Angela Caldwell**                              Date: **02/08/2022**

| **Proof of Service** | **Invoice #: 5495245** |
|---|---|