# EXHIBIT 3

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR  **Plaintiff** | **(408) 715-7980** | |

| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
|---|

| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:21-cv-09152-SK |
|---|---|---|---|
| | **Declaration of Service** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

On: **Benjamin Fisch**

I served the summons at:

**479 Texas St, San Francisco, CA 94107**

On: **2/7/2022**          Date: **03:04 PM**

In the above mentioned action by substituted service and leaving with

**Laura Symal - Roommate**
**Gender: Female Age: 35 Height: 5'6" Weight: 160 Race: Caucasian Hair: Brown Other: Brown eyes**

A declaration of diligence and/or mailing is attached if applicable

Person attempting service:

a. Name: **LINDON LILLY** - Registration: **PS537** - County: **San Mateo**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

---

**Declaration of Service**                                              Invoice #: 5447161

*Lindon Lilly*
_____
**LINDON LILLY**                                    Date: **02/10/2022**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR  **Plaintiff** | **(408) 715-7980** | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:           TIME:            DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

Person to Serve: **Benjamin Fisch**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

| **Feb 04 2022** | **07:38 PM** | 479 Texas St, San Francisco, CA 94107; There was no answer at the residence. Attempted by Lindon Lilly. |
| **Feb 05 2022** | **11:38 AM** | 479 Texas St, San Francisco, CA 94107; There was no answer at the residence. Attempted by Lindon Lilly. |
| **Feb 05 2022** | **04:45 PM** | 479 Texas St, San Francisco, CA 94107; There was no answer at the residence. Attempted by Lindon Lilly. |
| **Feb 07 2022** | **03:04 PM** | 479 Texas St, San Francisco, CA 94107; Sub-Served on co-occupant |

Person attempting service:

   a. Name: **LINDON LILLY**, Reg: **PS537**, County: **San Mateo**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was:
   e. I am an independent contractor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*Lindon Lilly*

**LINDON LILLY**          Date: **02/10/2022**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR **Plaintiff** | **(408) 715-7980** | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Service by Mail** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action.

On **02/07/2022**, I served the within:
**Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

On the defendant, in said action by placing a true copy thereof enclosed in a sealed envelope with postage thereon pre-paid for first class in the United States mail at: **San Jose**, California, addressed as follows:

**Benjamin Fisch**
**479 Texas St, San Francisco, CA 94107**

Declarant:

   a. Name: **Krista Cantu**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*/s/ K. Cantu*

Declaration of Service by Mail                                   Invoice #: 5447161