# EXHIBIT 5

Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware corporation, and
Temujin Labs Inc., a Cayman Islands corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-09152-JST<br><br>**PROOF OF SERVICE ON DEFENDANT CHARLES LU THROUGH COUNSEL**<br><br>Courtroom: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: November 24, 2021 |

PROOF OF SERVICE

Case Name: *Temujin Labs Inc., et al. v. Translucence Research, Inc., et al.*
Case No.: 3:21-cv-09152-JST; U.S. District Court, Northern District of California, Oakland Division

# PROOF OF SERVICE

My business address is Hansen Law Firm, P.C. 75 E. Santa Clara Street, Suite 1250, San Jose, CA 95113. I am employed in the County of Santa Clara where this service occurs. I am over the age of 18 years and not a party to the within cause.

On the date set forth below, following ordinary business practice, I served a ***true copy*** of the following document(s):

1. Summons in a Civil Action;
2. Complaint;
3. Civil Cover Sheet;
4. Order Setting Initial Case Management Conference and ADR Deadlines;
5. Consent or Declination to Magistrate Judge Jurisdiction;
6. Order Reassigning Case;
7. Notice of Eligibility for Video Recording;
8. Clerk's Notice Setting Case Management Conference;
9. Alternative Dispute Resolution Procedures Handbook;
10. Consenting to the Jurisdiction of a Magistrate Judge;
11. Instructions: Preparing the Case Management Statement;
12. Standing Order for All Civil Cases Before District Judge Jon S. Tigar; and
13. Standing Order for All Judges of the Northern District of California

on Defendant Charles Lu through his counsel, Edward Han of Paul Hastings LLP, who has agreed to accept service, as follows:

PROOF OF SERVICE          1

| | |
|---|---|
| Edward Han, Esq.<br>Jessica E. Mendelson, Esq.<br>Paul Hastings LLP<br>1117 S. California Avenue<br>Palo Alto, CA 94304<br>Telephone: (650) 320-1800<br>Facsimile: (650) 320-1900<br>edwardhan@paulhastings.com<br>jessicamendelson@paulhastings.com<br><br>Jennifer Baldocchi, Esq.<br>Paul Hastings LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-6000<br>Facsimile: (213) 627-0705<br>jenniferbaldocchi@paulhastings.com | Attorneys for Defendant<br>Charles Lu |

☒ (BY EMAIL) by electronically mailing a true and correct copy through the electronic mail system to the email address(es) listed above.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 16, 2022

*Collin D. Greene*
COLLIN D. GREENE

PROOF OF SERVICE     2