# EXHIBIT 6

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**CRAIG HANSEN SBN 209622**<br>**Hansen Law Firm, P.C.**<br>**75 E Santa Clara St Ste 1250**<br>**San Jose, CA 95113**<br>ATTORNEY FOR  **Plaintiff** | TELEPHONE NUMBER<br>**(408) 715-7980** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

Person to Serve: **Benedikt Bunz**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Feb 14 2022**   03:34 PM   376 Lomita Dr Stlc 119, Stanford, CA 94305; Spoke with the teacher in room 119. The subject was not here. This building has no information desk. The teacher said that he does not recognize the name.

Person attempting service:

a. Name: **Jessica Fernandez**, Reg: **PS1762**, County: **Santa Clara**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an Employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Jessica Fernandez                                            Date: **02/14/2022**

Declaration of Diligence                                         Invoice #: 5525992

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**CRAIG HANSEN SBN 209622**<br>**Hansen Law Firm, P.C.**<br>**75 E Santa Clara St Ste 1250**<br>**San Jose, CA 95113**<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(408) 715-7980** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

Person to Serve: **Benedikt Bunz**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Jan 25 2022**   **12:32 PM**   376 Lomita Dr Stlc 119, Stanford, CA 94305; Unable to locate subject in the city of Stanford, CA. Also searched in the entire state of California and obtained no results of anyone with the subject name.

Person attempting service:

a. Name: **Krista Cantu**, Reg: **1702**, County: **Santa Clara**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an Employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

*/s/ K. Cantu*

**Krista Cantu**            Date: **02/14/2022**