# EXHIBIT 7

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR  **Plaintiff** | TELEPHONE NUMBER<br>(408) 715-7980 | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:           TIME:            DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Reasonable Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

Person to Serve: **Binyi Chen**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I declare the following attempts were made to effect personal service, no other residence or business address is known to me:

**Jan 31 2022  06:20 PM**   6920 Whittier Dr Apt 130, Goleta, CA 93117; A man (25-30 years old, Indian/South Asian, 5'9-10", 185 lbs, brown hair) answered the door and said that he does not know anyone named Binyi Chen. He would not provide his name.

Person attempting service:

a. Name: **Adam Franz** - Registration: **244** - County: **Santa Barbara**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. The fee for this service was:
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Adam Franz                                                    Date: **02/14/2022**

Declaration of Reasonable Diligence                           Invoice #: **5466637**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>**CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR **Plaintiff** | TELEPHONE NUMBER<br>**(408) 715-7980** | FOR COURT USE ONLY |
|---|---|---|
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

Person to Serve: **Binyi Chen**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Feb 07 2022**   **02:21 PM**   959 Stewart Dr Apt 1334, Sunnyvale, CA 94085; Server spoke to Yen, Yen said that no Binyi lives here. It is possible that subject lives at the residence previously attempted. Attempted by Jessica Fernandez.

Person attempting service:

a. Name: **Jessica Fernandez**, Reg: **PS1762**, County: **Santa Clara**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an Employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Jessica Fernandez                                Date: 02/14/2022

Declaration of Diligence                         Invoice #: 5466637

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1250<br>San Jose, CA 95113<br>ATTORNEY FOR  **Plaintiff** | **(408) 715-7980** | |

| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 |
|---|

| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. |
|---|

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>3:21-cv-09152-SK |
|---|---|---|---|
| | **Declaration of Diligence** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

Person to Serve: **Binyi Chen**

Documents Received: **Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. The following attempts were made to effect personal service:

**Jan 25 2022**  **11:48 AM**  959 Stewart Dr Apt 1334, Sunnyvale, CA 94085; Subject is currently reporting residing at: 6920 Whittier Dr Apt 130 Goleta, CA 93117-4081 Santa Barbara County (10/4/2018 - CURRENT) Phone Numbers None Found Mobile Phone Numbers (805) 886-5605 New Cingular Wireless Pcs Llc (1/10/2016 - CURRENT)

Person attempting service:

a. Name: **Krista Cantu**, Reg: **1702**, County: **Santa Clara**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an Employee:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

_K. Cantu_
**Krista Cantu**          Date: **02/14/2022**