Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware corporation, and
Temujin Labs Inc., a Cayman Islands corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 4:21-CV-09152-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME UNDER FEDERAL RULE OF CIVIL PROCEDURE 6(b)**<br><br>[N.D. Cal. Civil Code Local Rule 6-3]<br><br>Courtroom: Courtroom 6, 2nd Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: November 24, 2021 |

1       On February 17, 2022, Plaintiffs Temujin Labs Inc., a Delaware corporation ("Temujin
2  Delaware") and Temujin Labs Inc., a Cayman Islands corporation ("Temujin Cayman")
3  (collectively, "Plaintiffs") filed a Motion for Enlargement of Time Under Federal Rule of Civil
4  Procedure 6(b).  Having considered the papers filed in support of the instant motion, and for good
5  cause appearing, the Court grants the motion.
6       IT IS HEREBY ORDERED THAT the time for Plaintiffs to effect service upon
7  Defendants Benedikt Bünz and Binyi Chen in this action is extended for a further 60 days.
8       IT IS SO ORDERED.
9
10 Dated: February 28, 2022                    _____
11                                              HON. JON S. TIGAR

[PROPOSED] ORDER GRANTING MOTION           1
FOR ENLARGEMENT OF TIME