AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| TEMUJIN LABS INC., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 4:21-cv-09152-JST |
| TRANSLUCENCE RESEARCH, INC., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, and Nathan McCarty.

Date:   03/17/2022

/s/ Edward Han
*Attorney's signature*

Edward Han (SB# 196924)
*Printed name and bar number*

1117 S. California Avenue
Palo Alto, California  94304

*Address*

edwardhan@paulhastings.com
*E-mail address*

(650) 320-1800
*Telephone number*

(650) 320-1900
*FAX number*