1  EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
2  JESSICA E. MENDELSON (SB# 280388)
   jessicamendelson@paulhastings.com
3  PAUL HASTINGS LLP
   1117 S. California Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 320-1800
5  Facsimile:    (650) 320-1900

6  JENNIFER BALDOCCHI (SB#168945)
   jenniferbaldocchi@paulhastings.com
7  TIMOTHY D. REYNOLDS (SB# 274589)
   timothyreynolds@paulhastings.com
8  PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
9  Los Angeles, California  90071
   Telephone:    (213) 683-6000
10 Facsimile:    (213) 627-0705

11 Attorneys for Defendants
   Translucence Research, Inc., Benjamin Fisch,
12 Charles Lu, and Nathan McCarty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20,<br><br>Defendants. | CASE NO. 4:21-cv-09152-JST<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF DEFENDANTS TRANSLUCENCE RESEARCH, INC., BENJAMIN FISCH, CHARLES LU, AND NATHAN MCCARTY**<br><br>Complaint Filed:   November 24, 2021 |

PLEASE TAKE NOTICE that, pursuant to Northern District of California Local Rule 3-15, the undersigned counsel of record for Defendant Translucence Research, Inc., Benjamin Fisch, Charles Lu, and Nathan McCarty in the above-captioned matter, certifies to its knowledge that, as of this date, other than the named parties, there is no such interest to report.

DATED: March 17, 2022     PAUL HASTINGS LLP

By: /s/ Edward Han
    EDWARD HAN

Attorneys for Defendants
Translucence Research, Inc., Benjamin Fisch,
Charles Lu and Nathan McCarty