EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
JESSICA E. MENDELSON (SB# 280388)
jessicamendelson@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JENNIFER BALDOCCHI (SB#168945)
jenniferbaldocchi@paulhastings.com
TIMOTHY D. REYNOLDS (SB# 274589)
timothyreynolds@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
Translucence Research, Inc., Benjamin Fisch,
Charles Lu, and Nathan McCarty

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20,<br><br>Defendants. | CASE NO. 4:21-cv-09152-JST<br><br>**DECLARATION OF EDWARD HAN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS COMPLAINT, OR IN THE ALTERNATIVE, TO STAY CASE**<br><br>Date: May 5, 2022<br>Time: 2:00 p.m.<br>Courtroom: Courtroom 6 - 2nd Floor<br>Judge: Hon. Jon S. Tigar<br><br>Complaint Filed: November 24, 2021 |

I, Edward Han, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am an attorney with the law firm of Paul Hastings LLP, counsel of record for Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, and Nathan McCarty (collectively "Defendants"). I submit this declaration in support of Defendants Motion to Dismiss Plaintiffs' Complaint, or in the Alternative, to Stay the Case, and in furtherance and accordance with Defendants' Request for Judicial Notice of the exhibits identified and attached hereto. I have personal knowledge of the facts set forth in this declaration and, if called and sworn as a witness, could and would testify competently thereto under oath.

2. Attached hereto as Exhibit A is a true and correct copy of the "Complaint for Declaratory Relief, Civil Conspiracy, Tortious Interference, Breach of Contract, Trade Secret Misappropriation under Cal. Civ. Code §§ 3426 *et seq.*, Violation of Cal. Penal Code 502(C), Conversion, Breach of Fiduciary Duty, and Damages and Injunctive Relief," which was filed on November 6, 2020 in Santa Clara County Superior Court in *Temujin Labs, Inc. v. Abittan, et al.*, Case No. 20-CV-372622 ("State Court Action").

3. Attached hereto as Exhibit B is a true and correct copy of the "First Amended Complaint for Declaratory Relief, Civil Conspiracy, Tortious Interference, Breach of Contract, Trade Secret Misappropriation under Cal. Civ. Code §§ 3426 *et seq.*, Violation of Cal. Penal Code 502(C), Conversion, Breach of Fiduciary Duty, and Damages and Injunctive Relief," which was filed on January 21, 2022 in the State Court Action.

4. Attached hereto as Exhibit C is a true and correct copy of the "Complaint for 1. Trade Secret Misappropriation and Misuse under Cal. Civ. Code §§ 3426 *et seq.*, 2. Trade Libel, 3. Intentional Interference with Contractual Relations, 4. Intentional Interference with Prospective Economic Advantage, 5. Unfair Competition under Cal. Bus. & Prof. Code §§ 17200 *et seq.*, 6. Civil Conspiracy, 7. Declaratory Relief, Damages and Injunctive Relief," which was filed on November 19, 2021 in San Francisco County Superior Court in *Temujin Labs, Inc., et al. v. Translucence Research, Inc., et al.*, Case No. CGC-21-596745.

5. Attached hereto as Exhibit D is a true and correct copy of "Defendant Temujin

-1-

Labs Inc., a Cayman Corporation's Opposition to Plaintiff's Motion to Stay," which was filed on January 26, 2022 in the United States District Court for the Northern District of California in *Abittan v. Chao, et al.*, Case No. 5:20-cv-09340 ("Abittan Action").

6. Attached hereto as Exhibit E is a true and correct copy of the "Updated Initial Joint Case Management Statement and Rule 26(f) Report; [Proposed] Order," which was filed on February 2, 2022 in the Abittan Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of March, 2022, at Palo Alto, California.

*/s/ Edward Han*
EDWARD HAN

-2-

DECL. OF E. HAN ISO MTD, OR IN THE ALTERNATIVE, TO STAY
CASE NO. 4:21-CV-09152-JST