Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware corporation, and
Temujin Labs Inc., a Cayman Islands corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 4:21-cv-09152-JST<br><br>**NOTICE OF CHANGE OF SUITE NUMBER**<br><br>Judge:   Hon. Jon S. Tigar |

PLEASE TAKE NOTICE that effective **April 11, 2022,** our office Suite number will change **from Suite 1250** to **Suite 1150** for service of notices and documents in the above-captioned action. It is: HANSEN LAW FIRM, P.C., 75 E. Santa Clara Street, Suite 1150, San Jose, CA 95113. There will be no other change to our address, telephone or facsimile numbers.

1  Please update your service list accordingly.

2

3  DATED: April 12, 2022               HANSEN LAW FIRM, P.C.

4

5                                      By: _____
                                           Craig A. Hansen
6                                          Stephen C. Homes
                                           Philip E. Yeager
7                                          Collin D. Greene
                                           Attorneys for Plaintiffs
8                                          Temujin Labs Inc., a Delaware corporation, and
                                           Temujin Labs Inc., a Cayman Islands
9                                          corporation.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Change of Suite Number                2                    CASE NO.: 4:21-CV-09152-JST