| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1150<br>San Jose, CA 95113<br>ATTORNEY FOR **Plaintiff** | (408) 715-7980 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:   TIME:   DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Service** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Order Reassigning Case; Notice of Eligibility for Video Recording; Clerk's Notice Setting Case Management Conference; Alternative Dispute Resolution Procedures Handbook; Consenting to the Jurisdiction of a Magistrate Judge; Instructions: Preparing the Case Management Statement; Standing Order for All Civil Cases Before District Judge Jon S. Tigar; Standing Order for All Judges of the Northern District of California; Consent or Declination to Magistrate Judge Jurisdiction**

On: **Benedikt Bunz**

I personally served the summons on the individual at:

**35 Olden St, Auditorium 105, Floor 1  Princeton, NJ 08544**

On: **4/14/2022**      Date: **01:37 PM**

Person attempting service:

a. Name: **Theodore Cordasco**
b. Address: **31 N 2nd St 200, San Jose, CA 95113**
c. Telephone number: **408-291-5000**
d. **The fee** for this service was:
e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

Theodore Cordasco      Date: 04/14/2022

Declaration of Service      Invoice #: 5525992