1   EDWARD HAN (SB# 196924)
    edwardhan@paulhastings.com
2   JESSICA E. MENDELSON (SB# 280388)
    jessicamendelson@paulhastings.com
3   PAUL HASTINGS LLP
    1117 S. California Avenue
4   Palo Alto, California  94304
    Telephone:     (650) 320-1800
5   Facsimile:      (650) 320-1900

6   JENNIFER BALDOCCHI (SB#168945)
    jenniferbaldocchi@paulhastings.com
7   TIMOTHY D. REYNOLDS (SB# 274589)
    timothyreynolds@paulhastings.com
8   PAUL HASTINGS LLP
    515 South Flower Street, 25th Floor
9   Los Angeles, California  90071
    Telephone:     (213) 683-6000
10  Facsimile:      (213) 627-0705

11  Attorneys for Defendants
    Translucence Research, Inc., Benjamin
12  Fisch, Charles Lu, Nathan McCarty, and
    Benedikt Bünz

Craig A. Hansen (SB# 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (SB# 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (SB# 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (SB# 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware
corporation, and Temujin Labs Inc., a
Cayman Islands corporation

13

14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17

18  TEMUJIN LABS INC., a Delaware          CASE NO. 4:21-cv-09152-JST
    corporation, and TEMUJIN LABS INC., a
19  Cayman Islands corporation             **STIPULATION EXTENDING
                                           DEFENDANT BENEDIKT BÜNZ'S TIME
20              Plaintiffs,                 TO RESPOND TO THE COMPLAINT**

21         vs.

22  TRANSLUCENCE RESEARCH, INC., a
    Delaware corporation, BENJAMIN FISCH,
23  CHARLES LU, BENEDIKT BÜNZ,
    NATHAN MCCARTY, FERNANDO
24  KRELL, PHILIPPE CAMACHO CORTINA,
    BINYI CHEN, AND LUOYUAN (ALEX)
25  XIONG, and DOES 1-20,

26              Defendants.

27

28

**<u>STIPULATION</u>**

Pursuant to Civil Local Rule 6-1, Plaintiffs Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman) (collectively "Plaintiffs") and Defendant Benedikt Bünz hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the operative complaint in this action on November 24, 2021 (the "Complaint") (Dkt. No. 1);

WHEREAS, Defendants Translucence Research, Inc., Charles Lu, Benjamin Fisch, and Nathan McCarty timely filed a Motion to Dismiss the Complaint on March 18, 2022 (the "Motion to Dismiss") (Dkt. No. 26);

WHEREAS, the Motion to Dismiss is fully briefed and presently set for hearing before this Court on May 26, 2022 (Dkt. Nos. 28, 29);

WHEREAS, Plaintiffs filed a proof of service of the Summons and Complaint on April 28, 2022, indicating that Plaintiffs personally served defendant Benedikt Bünz ("Bünz") on April 14, 2022 (Dkt. No. 35);

WHEREAS, the parties recognize that requiring Bünz to move against, answer, or otherwise respond to the Complaint while the fully briefed Motion to Dismiss is pending is inefficient and may unnecessarily waste judicial and party resources, and therefore the parties agree to allow Bünz to move against, answer or otherwise respond to the Complaint at a future date following the Court's decision on the pending Motion to Dismiss;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.      Bünz's deadline to move against, answer, or otherwise respond to the Complaint shall be extended to fourteen (14) days following notice of the Court's decision on the Motion to Dismiss; and

2.      In the event the Court grants the Motion to Dismiss and grants Plaintiffs leave to file an amended complaint, undersigned counsel for Bünz agree to accept service of any amended complaint on behalf of Bünz and Bunz's deadline to move against, answer, or otherwise respond to any amended complaint shall be fourteen (14) days from the date of service of the amended complaint on undersigned counsel.

-1-

1
2
3
4   DATED:  May 3, 2022                PAUL HASTINGS LLP
5
6                                      By: _____ */s/ Edward Han*_____
                                                    EDWARD HAN
7
                                       Attorneys for Defendants
8                                      Translucence Research, Inc., Benjamin Fisch,
                                       Charles Lu, Nathan McCarty, and Benedikt Bünz
9
10
11
12
13  DATED:  May 3, 2022                HANSEN LAW FIRM, P.C.
14
15                                     By: _____ */s/ Craig A. Hansen*_____
                                                    CRAIG A. HANSEN
16
                                       Attorneys for Plaintiffs
17                                     Temujin Labs Inc., a Delaware corporation, and Temujin
                                       Labs Inc., a Cayman Islands corporation
18
19
20
21
22
23
24
25
26
27
28

-2-