| | |
|---|---|
| Craig A. Hansen (CA Bar No. 209622)<br>  Email: craig@hansenlawfirm.net<br>Stephen C. Holmes (CA Bar No. 200727)<br>  Email: steve@hansenlawfirm.net<br>Philip E. Yeager (CA Bar No. 265939)<br>  Email: phil@hansenlawfirm.net<br>Collin D. Greene (CA Bar No. 326548)<br>  Email: collin@hansenlawfirm.net<br>HANSEN LAW FIRM, P.C.<br>75 E. Santa Clara Street, Suite 1150<br>San Jose, CA 95113-1837<br>Telephone: (408) 715 7980<br>Facsimile: (408) 715 7001<br><br>Attorneys for Plaintiffs<br>Temujin Labs Inc., a Delaware corporation,<br>and Temujin Labs Inc., a Cayman Islands<br>corporation. | EDWARD HAN (SB# 196924)<br>edwardhan@paulhastings.com<br>JESSICA E. MENDELSON (SB# 280388)<br>jessicamendelson@paulhastings.com<br>PAUL HASTINGS LLP<br>1117 S. California Avenue<br>Palo Alto, California  94304<br>Telephone:   (650) 320-1800<br>Facsimile:    (650) 320-1900<br><br>JENNIFER BALDOCCHI (SB#168945)<br>jenniferbaldocchi@paulhastings.com<br>TIMOTHY D. REYNOLDS (SB# 274589)<br>timothyreynolds@paulhastings.com<br>PAUL HASTINGS LLP<br>515 South Flower Street, 25th Floor<br>Los Angeles, California  90071<br>Telephone:   (213) 683-6000<br>Facsimile:    (213) 627-0705<br><br>Attorneys for Defendants<br>Translucence Research, Inc., Benjamin Fisch,<br>Charles Lu, Nathan McCarty, and Benedikt<br>Bünz |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>          Defendants. | Case No.: 4:21-cv-09152-JST<br><br>**JOINT STATUS UPDATE** |

**JOINT STATUS UPDATE**

Plaintiffs Temujin Labs Inc., a Delaware corporation and Temujin Labs Inc., a Cayman Islands corporation ("Plaintiffs") and Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, Nathan McCarty, and Benedikt Bünz ("Defendants") (Plaintiffs and Defendants collectively "Parties") respectfully provide the following joint status update:

On October 11, 2022, the Court issued an Order that vacated the Case Management Conference set for October 18, 2022 and ordered the Parties to meet and confer to discuss whether they consent to having Magistrate Judge Cousins preside over this case. Dkt. 46. The Court further ordered that if the Parties do consent, "they shall file a stipulation and proposed order within seven days of the date of this order." *Id.*

Defendants have relayed to Plaintiffs that they will consent to having Magistrate Judge Cousins preside over this case. However, counsel for Plaintiffs need to further discuss this issue with their clients and need another day to do so. Counsel for Plaintiffs apologize for any inconvenience to the Court. Plaintiffs will provide a response to the issue of whether they will consent to having Magistrate Judge Cousins preside over this case as soon as possible.

DATED: October 18, 2022        HANSEN LAW FIRM, P.C.

                               By: _____*/s/ Craig A. Hansen*_____
                                         CRAIG A. HANSEN

                               Attorneys for Plaintiffs
                               Temujin Labs Inc., a Delaware corporation, and Temujin
                               Labs Inc., a Cayman Islands corporation

DATED: October 18, 2022        PAUL HASTINGS LLP

                               By: _____*/s/ Edward Han*_____
                                         EDWARD HAN

                               Attorneys for Defendants
                               Translucence Research, Inc., Benjamin Fisch,
                               Charles Lu, Nathan McCarty, and Benedikt Bünz