1  EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
2  JESSICA E. MENDELSON (SB# 280388)
   jessicamendelson@paulhastings.com
3  PAUL HASTINGS LLP
   1117 S. California Avenue
4  Palo Alto, California  94304
   Telephone:      (650) 320-1800
5  Facsimile:      (650) 320-1900

6  JENNIFER BALDOCCHI (SB#168945)
   jenniferbaldocchi@paulhastings.com
7  TIMOTHY D. REYNOLDS (SB# 274589)
   timothyreynolds@paulhastings.com
8  PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
9  Los Angeles, California  90071
   Telephone:      (213) 683-6000
10 Facsimile:      (213) 627-0705

11 Attorneys for Defendants
   Translucence Research, Inc., Benjamin Fisch,
12 Charles Lu, and Nathan McCarty

13

14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16

17

18 TEMUJIN LABS INC., a Delaware           CASE NO. 4:21-cv-09152-NC
   corporation, and TEMUJIN LABS INC., a
   Cayman Islands corporation              **DEFENDANTS' <u>AMENDED</u> NOTICE OF
19                                          MOTION TO DISMISS COMPLAINT, OR
           Plaintiffs,                      IN THE ALTERNATIVE, TO STAY CASE**
20
        vs.
21                                          Date:          January 4, 2023
   TRANSLUCENCE RESEARCH, INC., a           Time:          1:00 p.m.
22 Delaware corporation, BENJAMIN FISCH,    Courtroom:     Courtroom 5 – 4th Floor
   CHARLES LU, BENEDIKT BÜNZ,               Judge:         Hon. Nathanael Cousins
23 NATHAN MCCARTY, FERNANDO
   KRELL, PHILIPPE CAMACHO CORTINA,         Complaint Filed:      November 24, 2021
24 BINYI CHEN, AND LUOYUAN (ALEX)
   XIONG, and DOES 1-20,
25
           Defendants.
26

27

28

**AMENDED NOTICE OF MOTION**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 4, 2023 at 1:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 5 of this Court, located at 280 South 1st Street, San Jose, CA 95113, before the Honorable Nathanael Cousins, Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, and Nathan McCarty (collectively "Defendants") will and hereby do move this Court for an order pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) dismissing Plaintiffs Temujin Labs Inc. (Delaware)'s ("Temujin DE") and Temujin Labs Inc. (Cayman)'s ("Temujin Cayman") (collectively "Plaintiffs" or "Temujin") Complaint without leave to amend, or in the alternative, for an order dismissing or staying this case pending adjudication of a related, ongoing action in California state court.

The Motion was originally filed on March 18, 2022 and set for hearing on May 26, 2022. *See* Dkt. Nos. 26, 28. On May 17, 2022, U.S. District Court Judge Jon S. Tigar issued a notice that the hearing date of May 26, 2022 was vacated because the Court found "the matter suitable for disposition without oral argument." Dkt. No. 39. No decision or ruling has yet been entered on the Motion. On October 21, 2022, the Court entered an order reassigning this case to the Honorable Nathanael Cousins, and stated that all "Motions must be renoticed for hearing before the judge to whom the case has been reassigned." Dkt. No. 50. Accordingly, Defendants file this amended notice of Motion to re-notice the Motion for a new hearing date.


DATED: October 31, 2022        PAUL HASTINGS LLP



By: */s/ Edward Han*
                EDWARD HAN

Attorneys for Defendants
Translucence Research, Inc., Benjamin Fisch,
Charles Lu, and Nathan McCarty

-1-