Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware corporation, and
Temujin Labs Inc., a Cayman Islands corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: 5:21-cv-09152-NC<br><br>**DECLARATION OF VINCENT BORQUEZ RE SERVICE**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed: November 24, 2021 |

DECLARATION OF VINCENT BORQUEZ

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **CRAIG HANSEN SBN 209622**<br>Hansen Law Firm, P.C.<br>75 E Santa Clara St Ste 1150<br>San Jose, CA 95113<br>ATTORNEY FOR **Plaintiff** | (408) 715-7980 | |
| NORTHERN DISTRICT, SAN FRANCISCO<br>450 Golden Gate Ave.<br>San Francisco, CA 94102 | | |
| SHORT TITLE OF CASE:<br>TEMUJIN LABS INC., A Delaware corporation, et al. v. TRANSLUCENCE RESEARCH, INC., a Delaware corporation, et al. | | |
| DATE:          TIME:          DEP./DIV. | | CASE NUMBER:<br>3:21-cv-09152-SK |
| **Declaration of Service** | | Ref. No. or File No:<br>Temujin/Chen |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons in a Civil Action; Complaint; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Consent or Declination to Magistrate Judge Jurisdiction; Order Reassigning Case; Notice of Eligibility For Video Recording; Clerk's Notice Setting Case Management Conference; Stipulation and Joint Request to Continue Case Management Conference and Related Deadlines, Order; Order Vacating Case Management Conference and Directing Parties to Meet and Confer Regarding Consent to a Magistrate Judge; Notice of Electronic Filing; Standing Order For All Judges of the Northern District of California; Standing Order For All Civil Cases Before District Judge Jon S. Tigar; Instructions: Preparing the Case Management Statement; Standing Order For All Civil Cases Before District Judge Jon S. Tigar; Consenting to the Jurisdiction of a Magistrate Judge; Alternative Dispute Resolution Procedures Handbook**

On: **Binyi Chen, Binyi Chen (Gender: M Age: 26 Height: 5'8" Weight: 115 Race: Asian Hair: Black Other: Brown Eyes, Glasses)**

I personally served the summons on the individual at:

**2200 University Ave., The Woz (430-438), Soda Hall, UC Berkeley.   Berkeley, CA 94720**

On: **10/30/2022**          Date: **04:11 PM**

Person attempting service:

   a. Name: **Vincent Borquez** - Registration: **1755** - County: **Santa Clara**
   b. Address: **31 N 2nd St 200, San Jose, CA 95113**
   c. Telephone number: **408-291-5000**
   d. **The fee** for this service was:
   e. I am an independent contractor:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

**Vincent Borquez**　　　　　　　　　　　　　　　Date: **10/31/2022**