1  EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
2  JESSICA E. MENDELSON (SB# 280388)
   jessicamendelson@paulhastings.com
3  PAUL HASTINGS LLP
   1117 S. California Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 320-1800
5  Facsimile:    (650) 320-1900

6  JENNIFER BALDOCCHI (SB#168945)
   jenniferbaldocchi@paulhastings.com
7  TIMOTHY D. REYNOLDS (SB# 274589)
   timothyreynolds@paulhastings.com
8  PAUL HASTINGS LLP
   515 South Flower Street, 25th Floor
9  Los Angeles, California  90071
   Telephone:    (213) 683-6000
10 Facsimile:    (213) 627-0705

11 Attorneys for Defendants
   Translucence Research, Inc., Benjamin
12 Fisch, Charles Lu, Nathan McCarty,
   Benedikt Bünz, and Binyi Chen

   Craig A. Hansen (SB# 209622)
     Email: craig@hansenlawfirm.net
   Stephen C. Holmes (SB# 200727)
     Email: steve@hansenlawfirm.net
   Philip E. Yeager (SB# 265939)
     Email: phil@hansenlawfirm.net
   Collin D. Greene (SB# 326548)
     Email: collin@hansenlawfirm.net
   HANSEN LAW FIRM, P.C.
   75 E. Santa Clara Street, Suite 1150
   San Jose, CA 95113-1837
   Telephone:    (408) 715 7980
   Facsimile:    (408) 715 7001

   Attorneys for Plaintiffs
   Temujin Labs Inc., a Delaware
   corporation, and Temujin Labs Inc., a
   Cayman Islands corporation

13

14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

18  TEMUJIN LABS INC., a Delaware            CASE NO. 5:21-cv-09152-NC
    corporation, and TEMUJIN LABS INC., a
19  Cayman Islands corporation              **STIPULATION EXTENDING
                                            DEFENDANT BINYI CHEN'S TIME TO
20              Plaintiffs,                  RESPOND TO THE COMPLAINT**

21       vs.

22  TRANSLUCENCE RESEARCH, INC., a
    Delaware corporation, BENJAMIN FISCH,
23  CHARLES LU, BENEDIKT BÜNZ,
    NATHAN MCCARTY, FERNANDO
24  KRELL, PHILIPPE CAMACHO CORTINA,
    BINYI CHEN, AND LUOYUAN (ALEX)
25  XIONG, and DOES 1-20,

26              Defendants.

27

28

**STIPULATION**

Pursuant to Civil Local Rule 6-1, Plaintiffs Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman) (collectively "Plaintiffs") and Defendant Binyi Chen hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the operative complaint in this action on November 24, 2021 (the "Complaint") (Dkt. No. 1);

WHEREAS, Defendants Translucence Research, Inc., Charles Lu, Benjamin Fisch, and Nathan McCarty timely filed a Motion to Dismiss the Complaint on March 18, 2022 (the "Motion to Dismiss") (Dkt. No. 26);

WHEREAS, the Motion to Dismiss is fully briefed and presently set for hearing before this Court on January 4, 2023 (Dkt. Nos. 52, 53);

WHEREAS, Plaintiffs filed a proof of service of the Summons and Complaint on November 9, 2022, indicating that Plaintiffs personally served defendant Binyi Chen ("Chen") on October 30, 2022 (Dkt. No. 54);

WHEREAS, the parties recognize that requiring Chen to move against, answer, or otherwise respond to the Complaint while the fully briefed Motion to Dismiss is pending is inefficient and may unnecessarily waste judicial and party resources, and therefore the parties agree to allow Chen to move against, answer or otherwise respond to the Complaint at a future date following the Court's decision on the pending Motion to Dismiss;

NOW THEREFORE THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.       Chen's deadline to move against, answer, or otherwise respond to the Complaint shall be extended to fourteen (14) days following notice of the Court's decision on the Motion to Dismiss; and

2.       In the event the Court grants the Motion to Dismiss and grants Plaintiffs leave to file an amended complaint, undersigned counsel for Chen agree to accept service of any amended complaint on behalf of Chen and Chen's deadline to move against, answer, or otherwise respond to any amended complaint shall be fourteen (14) days from the date of service

///

1   of the amended complaint on undersigned counsel.

2

3   DATED:  November 16, 2022          PAUL HASTINGS LLP

4

5                                      By: _____ */s/ Edward Han*_____
                                                    EDWARD HAN
6

7                                      Attorneys for Defendants
                                       Translucence Research, Inc., Benjamin Fisch,
                                       Charles Lu, Nathan McCarty, Benedikt Bünz, and Binyi
8                                      Chen

9

10

11  DATED:  November 16, 2022          HANSEN LAW FIRM, P.C.

12

13                                     By: _____ */s/ Craig A. Hansen*_____
                                                   CRAIG A. HANSEN
14

15                                     Attorneys for Plaintiffs
                                       Temujin Labs Inc., a Delaware corporation, and Temujin
16                                     Labs Inc., a Cayman Islands corporation

17

18

19

20

21

22

23

24

25

26

27

28