Craig A. Hansen (CA Bar No. 209622)
  Email: craig@hansenlawfirm.net
Stephen C. Holmes (CA Bar No. 200727)
  Email: steve@hansenlawfirm.net
Philip E. Yeager (CA Bar No. 265939)
  Email: phil@hansenlawfirm.net
Collin D. Greene (CA Bar No. 326548)
  Email: collin@hansenlawfirm.net
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113-1837
Telephone: (408) 715 7980
Facsimile: (408) 715 7001

Attorneys for Plaintiffs
Temujin Labs Inc., a Delaware corporation,
and Temujin Labs Inc., a Cayman Islands
corporation.

EDWARD HAN (SB# 196924)
edwardhan@paulhastings.com
JESSICA E. MENDELSON (SB# 280388)
jessicamendelson@paulhastings.com
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

JENNIFER BALDOCCHI (SB#168945)
jenniferbaldocchi@paulhastings.com
TIMOTHY D. REYNOLDS (SB# 274589)
timothyreynolds@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendants
Translucence Research, Inc., Benjamin Fisch,
Charles Lu, Nathan McCarty, Benedikt Bünz,
and Binyi Chen

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 5:21-CV-09152-NC<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; *MODIFIED* ORDER**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed: November 24, 2021 |

Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiffs Temujin Labs Inc. (Delaware) and Temujin Labs Inc. (Cayman) and Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, Nathan McCarty, Benedikt Bünz, and Binyi Chen (collectively "Parties") hereby stipulate and request as follows:

## **RECITALS**

WHEREAS, the Parties requested and the Court entered an order on March 16, 2022 continuing the Initial Case Management Conference to June 14, 2022 ("Order Continuing CMC") (Dkt. No. 21);

WHEREAS, Defendants Translucence Research, Inc., Charles Lu, Benjamin Fisch, and Nathan McCarty timely filed a Motion to Dismiss the Complaint, or in the Alternative, to Stay Case on March 18, 2022 ("Motion to Dismiss/Stay") (Dkt. No. 26);

WHEREAS, the Court determined that the Motion to Dismiss/Stay was suitable for disposition without oral argument and took the hearing off calendar on May 17, 2022 (Dkt. No. 39);

WHEREAS, the Parties requested and the Court entered an order on May 24, 2022 continuing the Initial Case Management Conference to October 18, 2022 (Dkt. No. 41);

WHEREAS, on October 11, 2022, the Court issued an Order that vacated the Case Management Conference set for October 18, 2022 and ordered the Parties to meet and confer to discuss whether they consent to having Magistrate Judge Cousins preside over this case. (Dkt. No. 46). The Court further ordered that if the Parties do consent, "they shall file a stipulation and proposed order within seven days of the date of this order." (*Id.*)

WHEREAS, the Parties consented to have Magistrate Judge Cousins preside over this case and the Court reassigned the case to Magistrate Judge Cousins on October 21, 2022. (Dkt. No. 50).

WHEREAS, the Clerk set the Case Management Conference for November 30, 2022 and ordered a Joint Case Management Conference Statement to be filed by November 23, 2022. (Dkt. No. 51).

WHEREAS, Defendants' Motion to Dismiss/Stay was set for hearing on January 4, 2023

1  at 1:00 P.M. (Dkt. Nos. 52-53).

2      WHEREAS, lead counsel for Plaintiffs is supposed to be in day 3 of a trial scheduled to

3  start on November 28, 2022. Hansen Decl. ¶ 2.  Pursuant to Civil Local Rule 16-10(a), lead trial

4  counsel for each party must attend the initial Case Management Conference.

5      WHEREAS, the Parties recognize that holding the Case Management Conference or

6  requiring the Parties to meet the other deadlines related thereto while the Motion to Dismiss is

7  pending is inefficient and may unnecessarily waste judicial and party resources, and respectfully

8  request that the Court enter an order confirming the terms of the stipulation as set forth below.

9  The Parties do not believe the requested time modification will have an effect on the schedule for

10  the case as no trial date has been set and no discovery has been served in this action.

11      NOW THEREFORE THE PARTIES STIPULATE AND REQUEST AS FOLLOWS:

12      1.      The November 30, 2022 Case Management Conference shall be continued until

13  thirty (30) days after the Court's decision concerning the Motion to Dismiss.

14      2.      All other deadlines related to the November 30, 2022 Case Management

15  Conference hearing shall be continued to correspond to any newly set Case Management

16  Conference.  The Parties shall meet and confer to set reasonable dates that correspond to such

17  newly set Case Management Conference.

18

19

20

21

22

23

24

25

26

27

28  //

1    DATED:  November 16, 2022          HANSEN LAW FIRM, P.C.

2                                       By: _____ /s/ Craig A. Hansen _____
                                                         CRAIG A. HANSEN
3
                                        Attorneys for Plaintiffs
4                                       Temujin Labs Inc., a Delaware corporation, and Temujin
                                        Labs Inc., a Cayman Islands corporation
5
     DATED:  November 16, 2022
6                                       PAUL HASTINGS LLP

7                                       By: _____ /s/ Edward Han _____
                                                         EDWARD HAN
8
                                        Attorneys for Defendants
9                                       Translucence Research, Inc., Benjamin Fisch, Charles
                                        Lu, Nathan McCarty, Benedikt Bünz, and Binyi Chen
10

11

12                                   **<u>ORDER</u>**

13        The Case Management Conference set for November 20, 2022, is continued to

14   February 1, 2023, at 10:00 a.m. by telephone. Joint case management statement due  January 25,

15   2023.

16   Entered this __16_ day of __November__, 2022.

17

18                                      _____
                                                                            ins
19                                      GRANTED                        ate Judge

20                                      Judge Nathanael M. Cousins

21

22

23

24

25

26

27

28
     _____

1     Craig A. Hansen (CA Bar No. 209622)
      Email: craig@hansenlawfirm.net
2     Stephen C. Holmes (CA Bar No. 200727)
      Email: steve@hansenlawfirm.net
3     Philip E. Yeager (CA Bar No. 265939)
      Email: phil@hansenlawfirm.net
4     Collin D. Greene (CA Bar No. 326548)
      Email: collin@hansenlawfirm.net
5     HANSEN LAW FIRM, P.C.
      75 E. Santa Clara Street, Suite 1150
6     San Jose, CA 95113-1837
      Telephone: (408) 715 7980
7     Facsimile: (408) 715 7001

8     Attorneys for Plaintiffs
      Temujin Labs Inc., a Delaware corporation, and
9     Temujin Labs Inc., a Cayman Islands corporation.

10

## UNITED STATES DISTRICT COURT

11
### NORTHERN DISTRICT OF CALIFORNIA

12

13     TEMUJIN LABS INC., a Delaware
      corporation, and TEMUJIN LABS INC., a
14     Cayman Islands corporation,

15              Plaintiffs,

16       v.

17     TRANSLUCENCE RESEARCH, INC.,
      a Delaware corporation, BENJAMIN
18     FISCH, CHARLES LU, BENEDIKT
      BÜNZ, NATHAN MCCARTY,
19     FERNANDO KRELL, PHILIPPE
      CAMACHO CORTINA, BINYI CHEN,
20     AND LUOYUAN (ALEX) XIONG, and
      DOES 1-20, inclusive,
21
22              Defendants.

23

CASE NO.: 5:21-CV-09152-NC

**DECLARATION OF CRAIG A. HANSEN IN SUPPORT OF STIPULATION AND JOINT REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES; [PROPOSED] ORDER**

Courtroom: Courtroom 5 – 4th Floor
Judge: Hon. Nathanael Cousins

Complaint Filed: November 24, 2021

24

25

26

27

28

1    I, Craig A. Hansen, declare as follows:

2    1.    I am the managing attorney of the Hansen Law Firm P.C. ("HLF"), counsel for

3    Plaintiffs Temujin Labs, Inc., a Cayman Islands corporation, and Temujin Labs, Inc., a Delaware

4    corporation (collectively, "Plaintiffs").  I have personal knowledge of the matters stated in this

5    Declaration and, if called upon as a witness, would competently testify to them.

6    2.    I am supposed to be in day 3 of a trial scheduled to start on November 28, 2022 in

7    Santa Clara County Superior Court.  The Case Management Conference in this matter is set for

8    November 30, 2022.

9    3.    HLF and counsel for Defendants have met and conferred and agreed: (1) to

10   continue the Case Management Conference from November 30, 2022 until thirty (30) days after

11   the Court's decision concerning the Motion to Dismiss the Complaint, or in the Alternative, to

12   Stay Case (Dkt. No. 26) filed by Defendants Translucence Research, Inc., Charles Lu, Benjamin

13   Fisch, and Nathan McCarty; and (2) All other deadlines related to the November 30, 2022 Case

14   Management Conference hearing shall be continued to correspond to any newly set Case

15   Management Conference.

16   4.    I do not believe that the requested time modification would have a prejudicial

17   effect on the schedule for the case. Trial has not been set in the case, and no discovery has been

18   conducted yet.

19   I declare under penalty of perjury under the laws of the United States of America that the

20   foregoing statements are true and correct to the best of my knowledge and belief, and that this

21   Declaration was signed in Los Altos Hills, California on November 16, 2022.

23   _____

24   Craig A. Hansen