1  Craig A. Hansen (CA Bar No. 209622)
     Email: craig@hansenlawfirm.net
2  Stephen C. Holmes (CA Bar No. 200727)
     Email: steve@hansenlawfirm.net
3  Philip E. Yeager (CA Bar No. 265939)
     Email: phil@hansenlawfirm.net
4  Collin D. Greene (CA Bar No. 326548)
     Email: collin@hansenlawfirm.net
5  HANSEN LAW FIRM, P.C.
   75 E. Santa Clara Street, Suite 1150
6  San Jose, CA 95113-1837
   Telephone: (408) 715 7980
7  Facsimile: (408) 715 7001

8  Attorneys for Plaintiffs
   Temujin Labs Inc., a Delaware corporation, and
9  Temujin Labs Inc., a Cayman Islands corporation.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,<br><br>Defendants. | CASE NO.: 5:21-CV-09152-NC<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL; [PROPOSED ORDER]**<br><br>Courtroom: Courtroom 5 – 4th Floor<br>Judge: Hon. Nathanael Cousins<br><br>Complaint Filed: November 24, 2021 |

PLEASE TAKE NOTICE that Hansen Law Firm, P.C. is withdrawing from representation of Plaintiffs Temujin Labs Inc., a Delaware corporation, and Temujin Labs Inc., a Cayman Islands corporation ("Plaintiffs") in the above-captioned matter. Signatures of the Plaintiffs consenting to the withdrawal are below. Hansen Law Firm, P.C. has notified Plaintiffs of the consequences of their inability to appear *pro se* in federal court.

Consent of Plaintiff Temujin Labs Inc., a Delaware corporation to Hansen Law Firm, P.C.'s withdrawal:

_____
Temujin Labs Inc., a Delaware corporation

Consent of Plaintiff Temujin Labs Inc., a Cayman Islands corporation to Hansen Law Firm, P.C.'s withdrawal:

_____
Temujin Labs Inc., a Cayman Islands corporation

DATED: November 18, 2022                    HANSEN LAW FIRM, P.C.

                                            By: _____/s/ Craig A. Hansen_____
                                                    Craig A. Hansen

                                            Attorneys for Plaintiffs
                                            Temujin Labs Inc., a Delaware corporation, and
                                            Temujin Labs Inc., a Cayman Islands corporation.

### [PROPOSED] ORDER

Pursuant to Hansen Law Firm, P.C.'s Notice of Withdrawal of Counsel, and good cause appearing, the Court ORDERS that Hansen Law Firm, P.C. is no longer counsel of record for Plaintiffs Temujin Labs Inc., a Delaware corporation, and Temujin Labs Inc., a Cayman Islands corporation in the above-referenced matter.

Entered this \_\_\_ day of _____, 2022.

_____
Hon. Nathanael Cousins
United States Magistrate Judge