James Cai (SBN: 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN: 130292)
bbarnhorst@sacattorneys.com
Jackson D. Morgus (SBN: 318453)
jmorgus@sacattorneys.com
Woody Wu (SBN: 309317)
wwu@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Attorneys for Plaintiff
*Temujin Labs, Inc.,*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Temujin Labs inc. a Delaware Corporation et al, <br><br>Plaintiff, <br><br>v. <br><br>Translucence Research, Inc. et al, <br><br>Defendants. | Case No. 5:21-cv-09152-NC <br><br> Judge:  Hon. Nathanael M. Cousins <br><br> **NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF PLAINTIFF TEMUJIN LABS INC.** <br><br> Case Filed:  November 24, 2021 |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that James Cai, Brian A. Barnhorst, Jackson D. Morgus and Woody Wu of SAC ATTORNEYS, LLP, hereby enter an appearance as counsel for Temujin Labs, Inc., in the above-referenced actions. Please serve said counsels with all pleadings and notices in this action.

James Cai
jcai@sacattorneys.com
Brian A. Barnhorst
bbarnhorst@sacattorneys.com
Jackson D. Morgus
jmorgus@sacattorneys.com
Woody Wu
wwu@sacattorneys.com
SAC ATTORNEYS LLP
1754 Technology Drive, Suite 122
San Jose, CA  95110
Telephone: (408) 436-0789

Date: December 19, 2022

**SAC ATTORNEYS LLP**
JAMES CAI
BRIAN A. BARNHORST
JACKSON D. MORGUS
WOODY WU


By: /s/ James Cai
  JAMES CAI

ATTORNEYS FOR PLAINTIFF

**PROOF OF SERVICE Electronic Filing**

I HEREBY CERTIFY that on December 19, 2022, I served the document described as: **NOTICE OF APPEARANCE OF SAC ATTORNEYS LLP ON BEHALF OF PLAINTIFF TEMUJIN LABS INC.** by electronic mail on the following parties:

Edward Han
Paul Hastings LLP
1117 S. California Avenue
Palo Alto, CA 94304
(650) 320-1800
edwardhan@paulhastings.com


Craig Alan Hansen,
Collin Dane Greene,
Stephen C. Holmes,
Philip E. Yeager,
Hansen Law Firm, P.C.
75 East Santa Clara Street, Suite 1150
San Jose, CA 95113
(408) 715-7980
craig@hansenlawfirm.net
craig@hansenlawfirm.net
steve@hansenlawfirm.net
phil@ hansenlawfirm.net

/s/  Maria Butler
Maria Butler