UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC. (a Delaware and Cayman Islands Corp.),<br><br>Plaintiff,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., and others,<br><br>Defendants. | Case No. 21-cv-09152 NC<br><br>**ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS OR STAY; VACATING CMC; STAYING CASE**<br><br>Re: Dkt. No. 26 |

Defendants Translucence Research, Benjamin Fisch, Charles Lu, and Nathan McCarty move to dismiss the complaint under Federal Rule of Civil Procedure 12(b)(6) or in the alternative to stay the case in deference to an earlier-filed state court case. Dkt. No. 26. This Order finds that the Complaint is substantially similar to the parallel Santa Clara County Superior Court proceeding entitled *Temujin Labs, Inc. v. Abittan, et al.*, Case No. 20-cv-372622. Pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976), this case will be stayed pending the conclusion of the state court case or further court order. This Order does not reach the other arguments raised in the motion to dismiss. Those arguments may be reasserted by Defendants after the stay is lifted.

The Clerk of Court is requested to vacate all dates, including the February 1 case management conference. The case will be administratively closed. The closure is administrative only. Any party may move to reopen the case at any time.

Plaintiffs must notify this Court within 7 days after the conclusion of the state court case. Additionally, Plaintiffs must file a short status report on the state court case every 6 months. The first report will be due August 1, 2023.

Finally, the stay does not apply to Plaintiffs' efforts to serve defendants Fernando Krell, Philippe Camacho Cortina, and Luoyuan (Alex) Xiong. As discussed in Plaintiffs' most recent Case Management Statement, Dkt. No. 24, those defendants have yet to be served with the Complaint and summons and have not appeared.

**IT IS SO ORDERED.**

Dated: January 31, 2023

_____
NATHANAEL M. COUSINS
United States Magistrate Judge