| | |
|---|---|
| 1 | EDWARD HAN (SB# 196924) |
| 2 | edwardhan@paulhastings.com |
|   | JESSICA E. MENDELSON (SB# 280388) |
| 3 | jessicamendelson@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 4 | 1117 S. California Avenue |
|   | Palo Alto, California 94304 |
| 5 | Telephone:    (650) 320-1800 |
|   | Facsimile:    (650) 320-1900 |
| 6 | |
| 7 | JENNIFER BALDOCCHI (SB# 168945) |
|   | jenniferbaldocchi@paulhastings.com |
|   | TIMOTHY D. REYNOLDS (SB# 274589) |
| 8 | timothyreynolds@paulhastings.com |
|   | PAUL HASTINGS LLP |
| 9 | 515 South Flower Street, 25th Floor |
|   | Los Angeles, California 90071 |
| 10 | Telephone:    (213) 683-6000 |
|    | Facsimile:    (213) 627-0705 |
| 11 | |
| 12 | Attorneys for Defendants |
|    | Translucence Research, Inc., Benjamin |
|    | Fisch, Charles Lu, Nathan McCarty, |
| 13 | Benedikt Bünz, and Binyi Chen |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware Corporation, and TEMUJIN LABS INC., a Cayman Islands Corporation, | Case No. 5:21-cv-09152-NC |
| PLAINTIFF, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER** |
| v. | |
| TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive, | Complaint Filed: November 24, 2021 |
| DEFENDANTS. | |

1  PLEASE TAKE NOTICE that Defendants Translucence Research, Inc., Benjamin Fisch, Charles Lu, Nathan McCarty, Benedikt Bünz, and Binyi Chen have retained The Durrant Law Firm, APC to substitute as counsel for Paul Hastings LLP.

Withdrawing counsel for Defendants are:

Edward Han
Jessica Mendelson
Paul Hastings LLP
1117 S. California Ave.
Palo Alto, CA 94304
Phone: (650) 320-1800
Fax: (650) 320-1900
edwardhan@paulhastings.com
jessicamendelson@paulhastings.com

Jennifer Baldocchi
Timothy D. Reynolds
Paul Hastings LLP
515 South Flower Street, 25th Floor
Los Angeles, California 90071
Phone: (213) 683-6000
Fax: (213) 627-0705
jenniferbaldocchi@paulhastings.com
timothyreynolds@paulhastings.com

All pleadings, orders, and notices should henceforth be served upon the following substituted counsel for Defendants:

John. S. Durrant
The Durrant Law Firm, APC
2337 Roscomare Road, No. 2-180
Los Angeles, CA 90077
Telephone: (424) 273-1962
john@durrantlawfirm.com

The undersigned parties consent to the above withdrawal and substitution.

Dated: July 14, 2023                          PAUL HASTINGS LLP


                                              /s/  Edward Han
                                              EDWARD HAN


Dated: July 14, 2023                          THE DURRANT LAW FIRM, APC


                                              /s/  John S. Durrant
                                              JOHN S. DURRANT

1   DEFS' WITHDRAWAL AND SUBSTITUTION OF COUNSEL
CASE NO. 5:21-cv-09152-NC

1    I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 14, 2023                    PAUL HASTINGS LLP

                                        /s/  Edward Han
                                        EDWARD HAN

*   *   *

## [PROPOSED] ORDER

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated: _____

                                        _____
                                        Judge Nathaniel M. Cousins
                                        United States Magistrate Judge