AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Temujin Labs Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:21-cv-09152 |
| Translucence Research, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Translucence Research, Inc., Benjamin Fisch, Charles Lu, Nathan McCarty, Benedikt Bünz, Binyi Chen      .

Date:     08/02/2023

s/ John Durrant
*Attorney's signature*

John Durrant (CA SB 217345)
*Printed name and bar number*

2337 Roscomare Blvd., Suie 2180
Los Angeles, California 90077

*Address*

john@durrantlawfirm.com
*E-mail address*

(424) 273-1962
*Telephone number*

*FAX number*