```
JOHN DURRANT (SB# 217345)
john@durrantlawfirm.com
THE DURRANT LAW FIRM, APC
2337 Roscomare Rd. No. 2-180
Los Angeles, California  90077
Telephone:      (424) 273-1962

Attorneys for Defendants
Translucence Research, Inc., Benjamin
Fisch, Charles Lu, Nathan McCarty,
Benedikt Bünz, and Binyi Chen and
Specially Appearing Defendant
Alex Xiong
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20,<br><br>　　　　　　Defendants. | CASE NO. 5:21-cv-09152-NC<br><br>**APPEARANCE OF COUNSEL FOR SPECIALLY APPEARING DEFENDANT ALEX XIONG**<br><br>Complaint Filed:　　November 24, 2021 |

To the Clerk of the Court and all parties of record:

Undersigned Counsel hereby affirms that he is admitted and/or otherwise authorized to practice in this Court, and he appears in this case as counsel for: Specially Appearing Defendant Alex Xiong ("Mr. Xiong").

***

Mr. Xiong hereby specially appears in this matter to reserve his right to contest any purported service of process on him, upon (i) the filing of any proof of service by Plaintiff Temujin Labs, Inc., a Cayman Islands Corporation and/or Plaintiff Temujin Labs, Inc., a Delaware Corporation purporting to reflect service upon Mr. Xiong; and (ii) any termination of the pending stay in this matter.

Moreover, to the extent Mr. Xiong is found to be duly served with process and following the expiration of any stay, he would join fully in a reasserted motion to dismiss filed by the other parties represented by undersigned counsel. (*See* ECF No. 65 Order Granting in Part Defendants' Motion to Dismiss or Stay; Vacating CMC; Staying Case at 1, "This Order does not reach the other arguments raised in the motion to dismiss. Those arguments may be reasserted by Defendants after the stay is lifted."; *see also* ECF No. 26, Motion to Dismiss.)

DATED: October 3, 2023        THE DURRANT LAW FIRM, APC

By: _____*/s/ John Durrant*_____
                JOHN DURRANT

Attorneys for Defendants
Translucence Research, Inc., Benjamin Fisch, Charles Lu, Nathan McCarty, Benedikt Bünz, and Binyi Chen and
Specially Appearing Defendant Alex Xiong