James Cai (SBN: 200189)
jcai@sacattorneys.com
Brian A. Barnhorst (SBN: 130292)
bbarnhorst@sacattorneys.com
Patrick E. O'Shaughnessy (SBN: 218051)
poshaughnessy@sacattorneys.com
Woody Wu (SBN: 309317)
wwu@sacattorneys.com
**SAC ATTORNEYS LLP**
1754 Technology Drive, Suite 122
San Jose, CA 95110
Telephone: (408) 436-0789

Jingjing Ye (*Pro Hac Vice*)
jye@yefirm.com
**YE & ASSOCIATES, P.C.**
500 N. Central Expy. #500
Plano, TX 75080
Telephone: (469) 410-5232

*Attorneys for Temujin Labs Inc. (Delaware)
Temujin Labs Inc. (Cayman Islands), Lily Chao,
and Damien Ding*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSLUCENCE RESEARCH, INC., a Delaware corporation (d/b/a Espresso Systems), *et al.*<br><br>Defendants. | Case No. 21-CV-09152-NC<br><br>**DECLARATION OF SERVICE REGARDING LUOYUAN (ALEX) XIONG**<br><br>Judge:   Hon. Nathanael Cousins<br><br>Filed:    November 24, 2021 |

I, Koh Kok Meng (Singapore NRIC No. S272362651), declare,

1. I serve as a representative of Ghows LLC, which has been retained to execute service of process on Luoyuan (Alex) Xiong in the above-captioned case. My business address and telephone number are 10 Anson Road, #26-06A International Plaza, Singapore 079903 and + 65 8278 3788. I submit this declaration in support of Plaintiffs' efforts to serve Mr. Xiong and as proof that I provided the documents described herein to Mr. Xiong and as described herein. I have personal knowledge of these facts and, if called as a witness, could and would competently testify to them.

2. I certify that I am authorized to serve the Summons and Complaint in the above-captioned actions pursuant to U.S. Fed. R. Civ. Pro. 4(c).

3. I served the following on Mr. Xiong:
   a. Summons in a Civil Action;
   b. Complaint;
   c. Civil Cover Sheet;
   d. Order Setting Initial Case Management Conference and ADR Deadlines;
   e. Consent or Declination to Magistrate Judge Jurisdiction;
   f. Order Reassigning Case;
   g. Notice of Eligibility For Video Recording;
   h. Clerk's Notice Setting Case Management Conference;
   i. Stipulation and Joint Request to Continue Case Management Conference and Related Deadlines, Order;
   j. Order Vacating Case Management Conference and Directing Parties to Meet and Confer Regarding Consent to a Magistrate Judge;
   k. Order Reassigning Case;
   l. Standing Order For All Judges of the Northern District of California;
   m. Standing Order For All Civil Cases Before District Judge Jon S. Tigar;
   n. Judge Tigar's Standing Order for Civil Bench Trials;
   o. Judge Tigar's Standing Order for Civil Jury Trials;

|   |   |
|---|---|
| p. | Judge Tigar's Standing Order for Granting Administrative Motions to File Under Seal; |
| q. | Instructions: Preparing the Case Management Statement; |
| r. | Consenting to the Jurisdiction of a Magistrate Judge; |
| s. | Alternative Dispute Resolution Procedures Handbook; |
| t. | Judge Cousins' Civil Standing Order; |
| u. | Judge Cousins' Settlement Conference Standing Order; |
| v. | A copy of the assigned Judge's order and instructions for the preparation of a Case Management Statement or, if none, the Court's form found at, pursuant to Civil L.R. 16-10; |
| w. | Order Vacating Hearing & Approving Change in Counsel; |
| x. | Order Granting in Part Motion to Dismiss or Stay, Vacating CMC, Staying Case; |
| y. | Notice of Withdrawal and Substitution of Counsel and Proposed Order; and |
| z. | Status Report on the Related Case. |

4. I personally served Mr. Xiong, whose physical appearance can be described as an asian male, around 1.7 meters in height, with a slim build. He did not wear spectacles and had short black hair.

5. I personally served Mr. Xiong at the following location: Level 18, 21 Collyer Quay, Singapore 049320.

6. I personally served Mr. Xiong on 13 September 2023, at approximately 5:55 pm.

7. The manner in which I served Mr. Xiong is not prohibited by the laws of Singapore or any other relevant country of which I am aware.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 14, 2023                         By: Koh Kok Meng

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California
San Francisco Division

**ACKNOWLEDGEMENT**

Name: _Luoyuan Xiong_

Company: _____

Signature: _[signed]_

Date: _13 Sept. 2023  5:55 pm_

TEMUJIN LABS INC., a Delaware corporation, and TEMUJIN LABS INC., a Cayman Islands corporation,
    *Plaintiff(s)*

v.

TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG, and DOES 1-20, inclusive,
    *Defendant(s)*

Civil Action No.  3:21-cv-09152 _SK

I, Luoyuan (Alex) Xiong, acknowledge receipt of the documents served on 13 September 2023

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
TRANSLUCENCE RESEARCH, INC., a Delaware corporation, BENJAMIN FISCH, CHARLES LU, BENEDIKT BÜNZ, NATHAN MCCARTY, FERNANDO KRELL, PHILIPPE CAMACHO CORTINA, BINYI CHEN, AND LUOYUAN (ALEX) XIONG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Craig A. Hansen
HANSEN LAW FIRM, P.C.
75 E. Santa Clara Street, Suite 1250
San Jose, CA 95113-1837

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

_Cynthia G. Lenahan_

Date:  November 26, 2021

*Signature of Clerk or Deputy Clerk*