UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEMUJIN LABS INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>TRANSLUCENCE RESEARCH, INC., et al.,<br><br>    Defendants. | Case No. 5:21-cv-09152-PCP<br><br>**ORDER VACATING STAY AND DISMISSING ACTION WITH PREJUDICE**<br><br>Re: Dkt. No. 97 |

On January 23, 2025, Magistrate Judge Nathanael M. Cousins requested reassignment of this case to this Court with a recommendation to vacate the stay and dismiss the claims against all defendants. No party filed any exceptions to Judge Cousins's recommendation within the time period for doing so. This Court finds that the recommendation is well founded in law and consistent with this Court's own view of the record. Accordingly, the Court vacates the stay and dismisses this case with prejudice for failure to prosecute, failure to appear through counsel, and failure to serve.

**IT IS SO ORDERED.**

Dated: February 18, 2025

_____
P. Casey Pitts
United States District Judge